TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00070-CV

Alta McNees, Appellant

v.

McCombs Hendrix GMC Trucks, Ltd. d/b/a McCombs Truck Center and McCombs 
Hendrix GMC Trucks, Ltd. d/b/a Hendrix Fleet Services; McCombs Enterprises/Hendrix

GMC Trucks; and B.J. McCombs, Individually, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 96-13764, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Because Alta McNees has neither paid for nor made arrangements to pay for the
clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 The Clerk of this Court filed appellant's notice of appeal on February 9, 1999. 
Notice was received from the district clerk's office on February 9, 1999, that the clerk's record
had not been paid for, nor had arrangements been made. By letter dated February 25, 1999, the
Clerk of this Court notified all parties and the district clerk's office that the clerk's record was
overdue. On March 4, 1999, notice was received from the district clerk's office that the clerk's
record had not been paid for, nor had arrangements been made. Again, notice was received from
the district clerk's office on April 5, 1999, that the clerk's record had not been paid for, nor had
arrangements been made.

 By letter dated April 19, 1999, appellant's attorney was requested to submit a status
report regarding this matter. Thus far, appellant has failed to respond to this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: May 13, 1999

Do Not Publish